◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHRISTOPHER CANOLE, Appellant. [996 NYS2d 922]—Appeal by the defendant from a judgment of the County Court, Orange County (Berry, J.), rendered November 30, 2012, convicting him of arson in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that his plea of guilty was not knowing, voluntary, and intelligent is unpreserved for appellate review, since he did not move to withdraw the plea (*see People v Lopez*, 71 NY2d 662, 665 [1988]; *People v Pryor*, 11 AD3d 565 [2004]). In any event, the plea was knowingly, voluntarily, and intelligently made (*see People v Fiumefreddo*, 82 NY2d 536, 543 [1993]; *People v Lopez*, 71 NY2d at 666; *People v Harris*, 61 NY2d 9, 17 [1983]; *see also People v M'Lady*, 59 AD3d 568 [2009]). Skelos, J.P., Leventhal, Hinds-Radix, Duffy and LaSalle, JJ., concur.